# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

(713) 250-5400
Fax (713) 250-5014
www.txs.uscourts.gov

TO:   United States District Court for the Northern District of Illinois

RE:   Transfer of Civil Action No. **2:07cv425**
                                  **MDL No. 1604**

Dear Sir/Madam:

Enclosed is certified copy of our docket sheet and a certified copy of the MDL Transfer Order in the above captioned case. The case file can be accessed through the Electronic Case Filing for the Southern District of Texas at:

ecf.txsd.uscourts.gov

Sincerely,

Michael N. Milby, Clerk

12/21/07
Date

By:   Glenda Hassan
Deputy Clerk

**A CERTIFIED TRUE COPY**

DEC - 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
DECEMBER 7, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 0 2007

FILED
CLERK'S OFFICE

**07 C 7035**

MDL No. 1604

**JUDGE NORGLE**

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION

Virginia Rosas, et al. v. Ocwen Loan Servicing, LLC,
S.D. Texas, C.A. No. 2:07-425 )
)
WAH

**CONDITIONAL TRANSFER ORDER (CTO-48)**

On April 13, 2004, the Panel transferred six civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 314 F.Supp.2d 1376 (J.P.M.L. 2004). Since that time, 76 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Norgle, Sr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Norgle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ LAURA SPRINGER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: DECEMBER 18, 2007

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK

CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00425
### Internal Use Only

Rosas et al v. Ocwen Loan Servicing, LLC
Assigned to: Chief Judge Hayden Head
Case in other court: County Court at Law No. 2, 07-62195-2
Cause: 28:1331(a) Fed. Question: Real Property

Date Filed: 11/02/2007
Date Terminated: 12/18/2007
Jury Demand: Defendant
Nature of Suit: 290 Real Property: Other
Jurisdiction: Federal Question

**Plaintiff**

**Virginia Rosas**     represented by     **William H Oliver**
Pipkin Oliver & Bradley, L.L.P.
1020 NE Loop 410
Ste 810
San Antonio, TX 78209
210-820-0082
Fax: 210-820-0077
Email: wholiver@pobllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
Ellis Carstarphen et al
5847 San Felipe
Ste 1900
Houston, TX 77057
713-647-6800
Fax: 713-647-6884
Email: emc@ecdglaw.com
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
Hilliard & Munoz
719 S Shoreline
Ste 500
Corpus Christi, TX 78401
361-882-1612

|  |  |  |
|---|---|---|
|  |  | Email: bobh@hilliardandmunoz.com<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Armando Casteneda** | represented by | **William H Oliver**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Edward Morgan Carstarphen, III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert C Hilliard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Maria Casteneda** | represented by | **William H Oliver**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Edward Morgan Carstarphen, III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert C Hilliard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Larry Coffman** | represented by | **William H Oliver**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Edward Morgan Carstarphen, III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert C Hilliard** |

(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff
**Patsy Gomez** represented by **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff
**Dylisaly Handy** represented by **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff
**Michael Harlan** represented by **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)

                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Lafour** represented by **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy Lafour** represented by **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Nichols** represented by **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tamenna Nichols**         represented by **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lasandra Applin**         represented by **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cornell Applin**          represented by **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stella Salas**                represented by **William H Oliver**
                                                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcilia Salazar**            represented by **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Simpson**               represented by **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ester Simpson**               represented by **William H Oliver**

                            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                            **Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

                            **Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Curtis Sonntag**     represented by    **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                            **Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

                            **Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Sonntag**     represented by    **William H Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                            **Edward Morgan Carstarphen, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

                            **Robert C Hilliard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana Trevino**     represented by    **William H Oliver**
(See above for address)

              *LEAD ATTORNEY*
              *ATTORNEY TO BE NOTICED*

              **Edward Morgan Carstarphen, III**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **Robert C Hilliard**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeff Walker**        represented by **William H Oliver**
              (See above for address)
              *LEAD ATTORNEY*
              *ATTORNEY TO BE NOTICED*

              **Edward Morgan Carstarphen, III**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **Robert C Hilliard**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana Walker**       represented by **William H Oliver**
              (See above for address)
              *LEAD ATTORNEY*
              *ATTORNEY TO BE NOTICED*

              **Edward Morgan Carstarphen, III**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **Robert C Hilliard**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ocwen Loan Servicing, LLC**    represented by **Mark Douglas Cronenwett**

*as Sucessor by Merger with Ocwen Federal Bank, FSB*

Cowles Thompson PC
901 Main St
Ste 4000
Dallas, TX 75202-3793
214-672-2159
Fax: 214-672-2359
Email: mcronenwett@cowlesthompson.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay Leever Stansberry**
Cowles & Thompson PC
1202 First Place
Tyler, TX 75702
903-596-9000
Fax: 903-596-9005
Email: lstansberry@cowlesthompson.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2007 | 1 | NOTICE OF REMOVAL from County Court at Law No. 2, case number 07-62195-2 ( Filing fee $ 350) filed by Ocwen Loan Servicing, LLC. (Attachments: # 1 Continuation) (dterrell, ) (Entered: 11/02/2007) |
| 11/02/2007 | 2 | CERTIFICATE OF INTERESTED PARTIES by Ocwen Loan Servicing LLC, filed.(dterrell, ) (Entered: 11/02/2007) |
| 11/02/2007 |  | Civil Filing fee re: 1 Notice of Removal : $350.00, receipt number 2 239097, filed. (dterrell, ) (Entered: 11/02/2007) |
| 11/02/2007 | 3 | NOTICE OF DEFICIENT PLEADING as to Ocwen Loan Servicing, LLC. Document does not provide all executed process in the case. (LR81.1) Parties notified.Notice of Compliance due by 11/7/2007, filed. (dterrell, ) (Entered: 11/02/2007) |
| 11/07/2007 | 4 | FIRST AMENDED Notice of Removal with Jury Demand against all plaintiffs filed by Ocwen Loan Servicing, LLC. (Attachments: # 1 List of Counsel of Record# 2 Index of |

| | | |
|---|---|---|
| | | Documents Attached# 3 Exhibit A# 4 Exhibit B-1 thru B-3# 5 Exhibit C)(lcayce, ) (Entered: 11/07/2007) |
| 11/19/2007 | 5 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 12/20/2007 at 10:30 AM before Chief Judge Hayden Head. ( Signed by Judge Hayden Head ) Parties notified.(lrivera, ) (Entered: 11/19/2007) |
| 11/27/2007 | 6 | Unopposed MOTION to Stay *Pending MDL Panel Review* by Ocwen Loan Servicing, LLC, filed. Motion Docket Date 12/17/2007. (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Cronenwett, Mark) (Entered: 11/27/2007) |
| 12/07/2007 | 7 | ORDER granting 6 Motion to Stay.( Signed by Judge Hayden Head ) Parties notified.(lcayce, ) (Entered: 12/07/2007) |
| 12/18/2007 | 8 | JPML CONDITIONAL TRANSFER ORDER (CTO-48) (certified copy) transferring case to Northern District of Illinois to be included in MDL Docket No. 1604. Case terminated on 12/18/2007. Parties notified.(ghassan) (Entered: 12/21/2007) |
| 12/21/2007 | | Interdistrict transfer to Northern District of Illinois. Certified copy of transfer order, certified docket sheet, and transfer letter sent via email, filed. (ghassan) (Entered: 12/21/2007) |

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
Deputy Clerk