IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VIRGINIA ROSAS, ARMANDO AND MARIA CASTENEDA, LARRY COFFMAN, PATSY GOMEZ, DYLISALY HANDY, MICHAEL HARLAN, ARTHUR AND KATHY LAFOUR, MICHAEL AND TAMENNA NICHOLS, LASANDRA AND CORNELL APPLIN, STELLA SALAS, MARCILIA SALAZAR, KEITH AND ESTER SIMPSON, CURTIS AND ELIZABETH SONNTAG, DIANA TREVINO, AND JEFF AND DIANA WALKER, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. |
| OCWEN LOAN SERVICING, LLC, AS SUCCESSOR BY MERGER WITH OCWEN FEDERAL BANK, FSB, | ) ) ) ) | JURY demanded by Plaintiffs |
| Defendant. | ) ) | |

United States Courts
Southern District of Texas
FILED

NOV 0 2 2007

Michael N. Milby, Clerk of Court

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Defendant Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB, ("Ocwen") files this its Certificate of Interested Persons and states as follows:

I.
**INTERESTED PARTIES**

The following is a complete list of all persons, associations of persons and entities that are financially interested in the outcome of the case, to Ocwen's knowledge:

1.  Virginia Rosas
    3001 Churchill Drive
    Corpus Christi, TX 78404
    Plaintiff.

2.  Armando Casteneda

Address unknown.
Nazareth, TX.
Plaintiff.

3.  Maria Casteneda
    Address unknown.
    Nazareth, TX.
    Plaintiff.

4.  Larry Coffman
    Address unknown.
    Humble, TX
    Plaintiff.

5.  Patsy Gomez
    Address unknown.
    Chandler, AZ
    Plaintiff.

6.  Dylisaly Handy
    Address unknown.
    Houston, TX
    Plaintiff.

7.  Michael Harlan
    Address unknown.
    Dickinson, TX
    Plaintiff.

8.  Arthur LaFour
    Address unknown.
    Mt. Belvieu, TX
    Plaintiff.

9.  Kathy LaFour
    Address unknown.
    Mt. Belvieu, TX
    Plaintiff.

10. Michael Nichols
    6 Clover Bend Street
    La Marque, TX 77568
    Plaintiff.

11. Tamenna Nichols
    6 Clover Bend Street

      La Marque, TX 77568
      Plaintiff.

11. Lasandra Applin
    Address unknown.
    Arlington, TX
    Plaintiff.

12. Cornell Applin
    Address unknown.
    Arlington, TX
    Plaintiff.

13. Stella Salas
    1118 Sims Ave.
    San Antonio, TX 78225
    Plaintiff.

14. Marcilia Salazar
    Address unknown.
    Laredo, TX
    Plaintiff.

15. Keith Simpson
    Address unknown.
    Houston, TX
    Plaintiff.

16. Esther Simpson
    Address unknown.
    Houston, TX
    Plaintiff.

17. Curtis Sonntag
    Address unknown.
    Willis, TX
    Plaintiff.

18. Elizabeth Sonntag
    Address unknown.
    Willis, TX
    Plaintiff.

19. Diana Trevino
    Address unknown.
    Alamo, TX

        Plaintiff.

20.    Jeff Walker
        Address unknown.
        Conroe, TX
        Plaintiff.

21.    Diana Walker
        Address unknown.
        Conroe, TX
        Plaintiff.

        All Plaintiffs c/o
        William H. Oliver, Esq.
        Pipkin, Oliver & Bradley, L.L.P.
        1020 Northeast Loop 410, Suite 810
        San Antonio, Texas 78209

        Robert C. Hilliard, Esq.
        Hilliard & Munoz, L.L.P.
        719 S. Shoreline Blvd., Suite 500
        Corpus Christi, Texas 78401

        Edward M. Carstarphen, Esq.
        Ellis, Carstarphen, Dougherty & Coldenthal, P.C.
        5847 San Felipe, Suite 1900
        Houston, Texas 77057
        Plaintiff

22.    Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank, FSB
        c/o Ocwen Financial Corporation
        1661 Worthington Road, Suite 100
        P.O. Box 24737
        West Palm Beach, FL 33409
        Defendant.

        <u>Ocwen Financial Corporation</u>
        1661 Worthington Road, Suite 100
        P.O. Box 24737
        West Palm Beach, FL 33409
        Symbol - OCN
        Ocwen Loan Servicing, LLC's parent

        c/o Mark D. Cronenwett
        COWLES & THOMPSON, PC
        901 Main Street, Ste. 4000

Dallas, TX 75202
214.672.2000

Lindsay L. Stansberry
COWLES & THOMPSON, PC
100 E. Ferguson, Ste. 1202
Tyler, TX 75702
903.596.9000

        Respectfully submitted,

By: *Mark D. Cronenwett w/*
   MARK D. CRONENWETT   *perm. by us*
   Texas Bar No. 00787303
   Attorney in Charge
   Southern District Admission # 21340

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 4000
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

   **LINDSAY L. STANSBERRY**
   Texas Bar No. 24041968
   Southern District Admission # 34578

**COWLES & THOMPSON, P.C.**
1202 First Place
Tyler, TX 75702
(903) 596-9000
(903) 596-9005 (Fax)

ATTORNEYS FOR DEFENDANT OCWEN
LOAN SERVICING, LLC, SUCCESSOR IN
INTEREST TO OCWEN FEDERAL BANK FSB

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Notice of Removal was served by certified mail, return receipt requested, on this the 1st day of November 2007 on the following:

William H. Oliver, Esq.
Pipkin, Oliver & Bradley, L.L.P.
1020 Northeast Loop 410, Suite 810
San Antonio, Texas 78209

Robert C. Hilliard, Esq.
Hilliard & Munoz, L.L.P.
719 S. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401

Edward M. Carstarphen, Esq.
Ellis, Carstarphen, Dougherty & Coldenthal, P.C.
5847 San Felipe, Suite 1900
Houston, Texas 77057

_____
LINDSAY L. STANSBERRY