## INDEX OF DOCUMENTS ATTACHED

Exhibit A    Certified Copy of the Docket Sheet for Cause No. 07-62195-2 in the County Court at Law No. 2 of Nueces County, Texas;

Exhibit B    Pleadings in Cause No. 07-62195-2 in the County Court at Law No. 2 of Nueces County, Texas;

    B-1    Plaintiffs' Original Petition and Request for Disclosure, filed October 4, 2007;

    B-2    Defendant's Motion to Transfer Venue, and subject thereto, Special Exceptions and Original Answer by Ocwen Loan Servicing, LLC, Successor in Interest to Ocwen Federal Bank, FSB filed October 26, 2007; and

    B-3    Return of Service on Defendant.

Exhibit C    Declaration of Chomie Neil.