# EXHIBIT A

```
RUN DATE 10/12/2007                                                              PAGE: 001
RUN TIME 4:35 PM


                    * * * CLERK'S ENTRIES * * *  FROM 01/01/1901 THRU 10/12/2007


                                                                          07-62195-00-0-2
         ROSAS, VIRGINIA, ET AL                                (06)        FILED: 10/04/2007
                    VS                              ACCOUNTS, CONTRACTS, NOTES
         OCWEN LOAN SERVICING, LLC.


                    * * * DOCKET ENTRIES * * *

         * * * DOCUMENTS FILED * * *
         10/04/2007 ORIGINAL PETITION FILED
         10/04/2007 CIVIL CASE INFO SHEET/FP
         10/04/2007 SVC INFO SHEET REQ NO SVC/FP
         10/04/2007 CITATION NPDC: VIRGINIA ROSAS
```



STATE OF TEXAS
COUNTY OF NUECES

The above and foregoing is a true and correct copy as the same appears on file and/or recorded in the appropriate records of Nueces County, Texas.

This day certified on October 13, 2007

PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LA